# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DINA TURNLEY**                                                                **CIVIL ACTION**

**VERSUS**                                                                             **NO. 16-57-SDD-RLB**

**CAROLYN COLVIN,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY**
**ADMINISTRATION**

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on December 7, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DINA TURNLEY**  **CIVIL ACTION**

**VERSUS**  **NO. 16-57-SDD-RLB**

**CAROLYN COLVIN,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY**
**ADMINISTRATION**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff initiated this action on January 27, 2016, seeking judicial review of the Commissioner's denial of her application for social security benefits. (R. Doc. 1).  On February 1, 2016, the Court granted Plaintiff's Motion for Leave to proceed in forma pauperis and ordered the Clerk of Court to issue process and for the United States Marshal Service to serve a copy of the summons and Complaint on Defendants. (R. Doc. 3).  In order to effect service, the U.S. Marshal Service sent U.S. Marshal Form 285 to Plaintiff on February 2, 2016, instructing Plaintiff to complete and return the Form. (R. Doc. 6).  However, Plaintiff did not return the completed Form 285 and service was never made.

After reviewing the record, the Court issued a *sua sponte* Order on November 3, 2016, directing Plaintiff to "complete the U.S. Marshal Form 285 that was sent to her on February 2, 2016 by the U.S. Marshal Service" and to "return the completed U.S. Marshal Form 285 to the United States Marshal Service by **November 28, 2016**." (R. Doc. 6 at 1).  The Court further advised Plaintiff that if she failed to complete and return the Form by November 28, 2016, her

lawsuit may be dismissed for failure to prosecute, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  As of December 6, 2016, Plaintiff has failed to comply with the Court's Order to complete and return the U.S. Marshal Form 285 that was originally sent to her on February 2, 2016.  In fact, Plaintiff has taken no action or otherwise been responsive to anything in this proceeding since she filed her complaint over 10 months ago.

Rule 4(m) of the Federal Rules of Civil Procedure provides that "If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

More than 90 days have passed since Plaintiff filed her lawsuit in January of 2016, yet Defendants have still not been served with process. (R. Doc. 1).  The Court put Plaintiff on notice, as required by Rule 4(m), that her lawsuit would be subject to dismissal if she failed to return the completed Form 285 by November 28, 2016.  Despite this, Plaintiff failed to comply with the Court's Order, precluding the U.S. Marshal from perfecting service.  The Court "must" therefore "dismiss the action without prejudice" under Rule 4(m).  As such, for the reasons given above,

**IT IS RECOMMEDED** that Plaintiff's action be **DISMISSED without prejudice** for failure to prosecute under Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on December 7, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**