# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DINA TURNLEY

                      CIVIL ACTION

VERSUS

                      16-57-SDD-RLB

CAROLYN COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 7, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's action shall be dismissed without prejudice for failure to prosecute under Rule 4(m) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana the 7 day of February, 2017.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.